IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LUIS A. CALVILLO                                                                                       PLAINTIFF
ADC #160330

v.                             Case No. 2:18-cv-00140-KGB

TIFFANY M. MUNN, *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied. Pursuant to 28 U.S.C. § 1915(g), dismissal of this action counts as a "strike." Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment entered this day would not be taken in good faith.

So adjudged this 17th day of September 2019.

_____
Kristine G. Baker
United States District Judge